**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA R. HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS  NV  89101
Ph:  (702) 444-4392
Fax:  (702) 444-4455
Email: josh@richardharrislaw.com
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELYN A. MARZAN,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security Administration,<br><br>Defendant. | Case No  2:21-cv-01647-DJA<br><br><br>FIRST STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND |

Comes now Plaintiff, by and through her attorney, JOSHUA R. HARRIS, ESQ., and requests a TWENTY-NINE (29) calendar day extension of time, to file the **MOTION FOR REMAND**, up to and including April 1, 2022.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is March 3, 2022..

The Appellate Attorney Writer had multiple briefs due in a short-time span and had pandemic related staff reductions.

Via email on February 24, 2022, at 8:08am, opposing counsel expressed no objection to the extension.

It is therefore respectfully requested that Plaintiff be granted a TWENTY-NINE (29) calendar day extension of time, to file the **MOTION FOR REMAND**, up to and including April 1, 2022.

DATED this 28th day of February, 2022.                DATED this 28th day of February, 2022.

/s/   *Joshua R. Harris*                              /s/   *Allison Cheung*
**JOSHUA HARRIS, ESQ.**                               **ALLISON CHEUNG**
Nevada State Bar No. 9580                             Social Security Administration
Richard Harris Law Firm                               Assistant Regional Counsel
801 S Fourth St.                                      160 Spear St., Suite 800
Las Vegas NV 89101                                    San Francisco, CA 94105
Ph: (702) 444-4392                                    Telephone: (510) 970-4811
Fax: (702) 444-4455                                   Facsimile: (415) 744-0134
Email: josh@richardharrislaw.com                      Email: allison.cheung@ssa.gov
Attorney for Plaintiff                                Attorneys for Defendant

IT IS SO ORDERED.

_____
Hon. Daniel J. Albregts
United States Magistrate Judge

DATED:  March 1, 2022

CERTIFICATE OF SERVICE

I, Noel S. Anschutz, Paralegal, certify that the following individual was served with a copy of the FIRST STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND on the date and via the method of service identified below:

CM/ECF:

**ALLISON CHEUNG**
Social Security Administration
Assistant Regional Counsel
160 Spear St., Suite 800
San Francisco, CA 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
Email: allison.cheung@ssa.gov

Attorneys for Defendant

DATED: February 28, 2022
/s/ Noel S. Anschutz, Paralegal