CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELYN MARZAN,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-01647-DJA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to a new administrative law judge (ALJ) for a new decision. Upon remand, the Appeals Council will direct the ALJ to further evaluate Plaintiff's residual functional capacity; further evaluate the opinion evidence; if warranted, obtain vocational expert testimony to assist in determining whether there are jobs that exist in significant

numbers in the national economy that Plaintiff can perform with her residual functional capacity, resolving any conflicts between the expert's testimony and the Dictionary of Occupational Titles; take any action necessary to complete the administrative record; offer Plaintiff an opportunity for a hearing; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: April 29, 2022        Respectfully submitted,

                             RICHARD HARRIS LAW FIRM

                             /s/ Richard A. Harris
                             RICHARD A. HARRIS
                             (*as authorized via email on April 29, 2022)
                             Attorney for Plaintiff

Dated: April 29, 2022        Respectfully submitted,

                             CHRISTOPHER CHIOU
                             Acting United States Attorney

                             /s/ Allison J. Cheung
                             ALLISON J. CHEUNG
                             Special Assistant United States Attorney
                             Attorneys for Defendant


                             IT IS SO ORDERED:

                             _____
                             HON. DANIEL J. ALBREGTS
                             UNITED STATES MAGISTRATE JUDGE

                             DATED: May 3, 2022

2

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Richard A. Harris
rick@richardharrislaw.com
Attorney for Plaintiff

Joshua R. Harris
josh@richardharrislaw.com
Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2022

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney